UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Nicole L.,

        Plaintiff,

vs.                                **ORDER**
                                  Civ. No. 20-2326 (MJD/LIB)

Kilolo Kijakazi,
Acting Commissioner of Social Security,

        Defendant.

* * * * * * * * * * * * * * * * *

This matter is before the Court on the parties' motions for summary judgment. (Doc. Nos. 21 and 23) and the Report and Recommendation of the Magistrate Judge (Doc. No. 25). No party has objected to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED that**:

1. Plaintiff's Motion for Summary Judgment [Docket No. 21] is **DENIED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 23] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED:  February 16, 2022        s/Michael J. Davis
                                                                          Michael J. Davis
                                                                         United States District Court